UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Billy Ray Heggie
                      Plaintiff,

v.                                         Case No.: 3:21−cv−00470

Master Card Direct Express
                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/2/2021 re [9].

                                                                      Lynda M. Hill
                                                  s/ Kim Chastain, Deputy Clerk